# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00405-CR

**Reymundo Montiel, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-16-0379-E, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due on February 12, 2020. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due on August 11, 2020. In granting the most recent extension, this Court advised counsel that no further extensions would be granted absent exigent circumstances. Appellant's counsel has filed a subsequent motion for extension of time, requesting an additional 60 days to file his brief and indicating that he has a medical condition that may hamper his ability to effectively represent appellant.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make

appropriate written findings and recommendations. *See id.* If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than September 28, 2020. *See id.* R. 38.8(b)(3).

It is so ordered August 28, 2020.


Before Chief Justice Rose, Justices Baker and Kelly

Abated and Remanded

Filed: August 28, 2020

Do Not Publish